PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ROBERTO OCHOA,<br><br>　　　　　　　Defendant. | Case No. 5:23-po-00324-CDB<br><br>[Citation #FABC00N8, CA40]<br><br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:23-po-00324-CDB [Citation #FABC00N8, CA40] against ROBERTO OCHOA, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: January 8, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　By:　/s/ *Chan Hee Chu*
　　　　　　　　　　　　　　　　　　　　　CHAN HEE CHU
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America that Case No. 5:23-po-00324-CDB [Citation #FABC00N8, CA40] against ROBERTO OCHOA be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **January 9, 2024**              _____
                                          UNITED STATES MAGISTRATE JUDGE